### IN THE UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF ARKANSAS
### FAYETTEVILLE DIVISION

**VICTOR FRANCO and**
**CHARLA FRANCO**                                                   **PLAINTIFFS**

**V.**                              **CASE NO. 5:25-CV-5152**

**U.S. ARMY CORPS OF ENGINEERS**                                    **DEFENDANT**

### JUDGMENT

For the reasons explained in the Opinion and Order filed this day, **IT IS HEREBY**

**ORDERED AND ADJUDGED** that this case is **DISMISSED WITHOUT PREJUDICE** for

failure to state a claim.

**IT IS SO ORDERED AND ADJUDGED** on this 18th day of March, 2026.

_____
TIMOTHY L. BROOKS
CHIEF UNITED STATES DISTRICT JUDGE